```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 02903
   ANTONIO L LEE
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-7568


------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 02/08/2008 and was not confirmed.

     The case was dismissed without confirmation 02/25/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                              PAID         PAID
------------------------------------------------------------------------------
AMC                        CURRENT MORTG          .00           .00          .00
AMC                        MORTGAGE ARRE    10000.00           .00          .00
LITTON LOAN SERVICING      CURRENT MORTG          .00           .00          .00
LITTON LOAN SERVICING      MORTGAGE ARRE    15000.00           .00          .00
SPECIALIZED LOAN SERVICI   CURRENT MORTG          .00           .00          .00
SPECIALIZED LOAN SERVICI   MORTGAGE ARRE     4500.00           .00          .00
WESTLAKE FINANCIAL SERVI   MORTGAGE ARRE    17000.00           .00          .00
INTERNAL REVENUE SERVICE   NOTICE ONLY      NOT FILED          .00          .00
ALLIANCE ONE               UNSECURED        NOT FILED          .00          .00
JP MORGAN CHASE BANK       UNSECURED        NOT FILED          .00          .00
CITY OF CHICAGO PARKING    UNSECURED        NOT FILED          .00          .00
CITY OF CHICAGO WATER DE   UNSECURED        NOT FILED          .00          .00
COMMONWEALTH EDISON        UNSECURED        NOT FILED          .00          .00
COMMONWEALTH EDISON        UNSECURED        NOT FILED          .00          .00
GEMB/ EMPIRE               UNSECURED        NOT FILED          .00          .00
GE MONEY BANK              UNSECURED        NOT FILED          .00          .00
GE MONEY BANK              UNSECURED        NOT FILED          .00          .00
HSBC NV                    UNSECURED        NOT FILED          .00          .00
LEASE FINANCE GROUP        UNSECURED        NOT FILED          .00          .00
GEMB/EMPIRE                UNSECURED        NOT FILED          .00          .00
OMNIUM WORLDWIDE INC       UNSECURED        NOT FILED          .00          .00
PEOPLES GAS LIGHT & COKE   UNSECURED        NOT FILED          .00          .00
PEOPLES GAS LIGHT & COKE   UNSECURED        NOT FILED          .00          .00
RESMAE MORTGAGE CORPOR     UNSECURED        NOT FILED          .00          .00
RETRIEVER PAYMENT SYSTEM   UNSECURED        NOT FILED          .00          .00
ROGERS & HOLLAND           UNSECURED        NOT FILED          .00          .00
TARGET                     UNSECURED        NOT FILED          .00          .00
VILLAGE OF OLYMPIA FIELD   UNSECURED        NOT FILED          .00          .00
VILLAGE OF RICHTON PARK    UNSECURED        NOT FILED          .00          .00
PHILIP A IGOE              DEBTOR ATTY            .00                        .00
TOM VAUGHN                 TRUSTEE                                           .00
DEBTOR REFUND              REFUND                                            .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 02903 ANTONIO L LEE
```

```
                              RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                            .00

PRIORITY                                                   .00
SECURED                                                    .00
UNSECURED                                                  .00
ADMINISTRATIVE                                             .00
TRUSTEE COMPENSATION                                       .00
DEBTOR REFUND                                              .00
                              ---------------    ---------------
TOTALS                             .00                     .00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 05/23/08            _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                           PAGE   2
           CASE NO. 08 B 02903 ANTONIO L LEE